IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TAMAR DEVELL HARVEY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00097 |
| | ) | |
| v. | ) | |
| | ) | |
| DALE MORENO, M.D., *et al.*, | ) | By: Elizabeth K. Dillon |
|     Defendants. | ) | United States District Judge |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ADJUDGED and ORDERED that defendants' motions for summary judgment are GRANTED; Harvey's motions for summary judgment are DENIED; and the Clerk shall STRIKE this action from the active docket.

The Clerk shall send copies of this order and the accompanying memorandum opinion to counsel of record and Mr. Harvey, plaintiff.

Entered: March 17, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge